KELLY, Judge.
 

 Otis Eugene Harrell challenges his convictions and sentences for attempted robbery with a firearm and aggravated battery with great bodily harm. We affirm his convictions and sentences without comment. However, we remand for the trial court to correct scrivener’s errors which appear on the face of the written judgment.
 

 The written judgment erroneously reflects that Harrell entered a guilty plea and was convicted of robbery with a firearm, rather than attempted robbery with a firearm. Additionally, while the transcript reflects that Harrell was convicted of ag
 
 *354
 
 gravated battery with great bodily harm, this conviction is not reflected in the written judgment. Accordingly, we remand for the trial court to enter a written judgment that correctly reflects Harrell’s convictions.
 
 See Mann v. State,
 
 62 So.3d 1240 (Fla. 2d DCA 2011);
 
 Willingham v. State,
 
 48 So.3d 173 (Fla. 2d DCA 2010).
 

 Affirmed; remanded with instructions.
 

 LaROSE and KHOUZAM, JJ., Concur.